IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAYSEAN BARBER,

                    Plaintiff,                                    **8:24CV46**

          vs.

JANE DOE 1, JANE DOE 2, JANE DOE 3,                              **ORDER**
JANE DOE 4, JANE DOE 5, JAMES
LINDER, DALTON J. NELSON, ANN
PEARSON, Dr.; ANDREW R. BARNETT,
JENNIFER N. COUGILL, and LATISHA L.
MCCANTS,

                    Defendants.

        This matter is before the Court on its own motion.  On March 28, 2024, the Clerk

of the Court sent an order to Plaintiff at his last known address and it was returned to

this Court as undeliverable.  *See* Filing No. 151, Case No. 8:20CV282.  Plaintiff has an

obligation to keep the Court informed of his current address at all times.  *See* NEGenR

1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of

address changes within 30 days).  This case cannot be prosecuted in this Court if

Plaintiff's whereabouts remain unknown.

        IT IS THEREFORE ORDERED that:

        1.      Plaintiff must update his address within 30 days.  Failure to do so will

result in dismissal of this action without further notice to Plaintiff.

        2.      The Clerk of the Court is directed to set a pro se case management

deadline in this case using the following text: **May 24, 2024**: check for address.

Dated this 24th day of April, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge